**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ROCKFORD TITLE COMPANY, INC | § | Case No. 11-84610 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 26, 2011. The undersigned trustee was appointed on November 23, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $        340,496.42

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 9,553.28 |
| Bank service fees | 8,419.70 |
| Other payments to creditors | 40,131.58 |
| Non-estate funds paid to 3rd Parties | 224,583.81 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 57,808.05 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/21/2012 and the deadline for filing governmental claims was 06/21/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,636.33. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,636.33, for a total compensation of $8,636.33.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/02/2015          By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-84610  
**Case Name:** ROCKFORD TITLE COMPANY, INC  

**Period Ending:** 07/02/15

**Trustee:**  (330640)  THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 10/26/11 (f)  
**§341(a) Meeting Date:** 12/30/11  
**Claims Bar Date:** 06/21/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Stillman Bank - escrow account<br>(funds held for beneficiaries) | 0.00 | 1,990.28 | | 1,990.28 | FA |
| 2 | Alpine Bank - escrow account<br>(funds held for beneficiaries) | 0.00 | 76,737.72 | | 76,737.72 | FA |
| 3 | Blackhawk Bank - escrow account<br>(funds held for beneficiaries) | 0.00 | 260,946.81 | | 260,946.81 | FA |
| 4 | Accounts Receivables (multiple open invoices)<br>best estimate listed herein) | 10,000.00 | 0.00 | | 0.00 | FA |
| 5 | Mary Ann Dohm (loan of $30,000 to shareholder carried on books for more than 20 years, no written loan documents, disputed and not believed to be due and owing.  No demand for payment ever made, but books never adjusted to reflect same.) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Michael Dohm (loan to shareholder of $54,177.93 carried on books and never adjusted.  Account debtor filing Chapter 7 Bankruptcy ND IL WD) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Woodland Title (investment debt of $6,140. Accou debtor not in business.  Account deemed uncollectable, debtor's books never adjusted for bad debt.) | Unknown | 0.00 | | 0.00 | FA |
| 8 | Resource Bank, Sycamore, IL - claim for decepti practices and fraud.  Debtor's counsel investigating and pursuing claim, Konicek and Dillon, Geneva, IL | Unknown | 10,000.00 | | 0.00 | FA |
| 9 | Wallace Lee, Jr - claim for constructive evictio unlawful seizure and sale of company assets, including records containing personally identifiable information of customers. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Debtor's records contain personally identifiable information of prior customers and former employees. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 3 PC computers, 1 terminal (contains company boo and records and in possession of Michael Dohm | Unknown | 0.00 | | 0.00 | FA |
| 12 | In storage case files to be turned over to underwriters.  No commercial value. | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84610
**Case Name:** ROCKFORD TITLE COMPANY, INC

**Period Ending:** 07/02/15

**Trustee:**  (330640)  THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 10/26/11 (f)
**§341(a) Meeting Date:** 12/30/11
**Claims Bar Date:** 06/21/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Refund-Security Search & Abstract Co (u) | 98.00 | 98.00 | | 98.00 | FA |
| 14 | Midland States Bank-Account balance (u)<br>Cashier's check for account that was closed; check found by Trustee in Debtor's boxes that were in storage facility | 564.64 | 564.64 | | 564.64 | FA |
| 15 | Security Deposit refund-ComEd (u) | 150.00 | 150.00 | | 150.00 | FA |
| 16 | Class action litigation settlement distribution (u) | 8.97 | 8.97 | | 8.97 | FA |
| 16 | **Assets** Totals (Excluding unknown values) | **$10,821.61** | **$350,496.42** | | **$340,496.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

Litigation continues in state court case against Resource Bank with depositions scheduled. No trial date set yet and no offers. Trustee thas reviewed claims filed (not unsecured claims) and an objection will be filed to a wage claim. After conclusion of state court litigation, Fee Application will be prepared and Final Report filed.

**Initial Projected Date Of Final Report (TFR):**   December 1, 2014      **Current Projected Date Of Final Report (TFR):**   August 15, 2015

Printed: 07/02/2015 03:23 PM      V.13.23

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-84610 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| **Case Name:** | ROCKFORD TITLE COMPANY, INC | | **Bank Name:** | BANK OF AMERICA |
| | | | **Account:** | ********93 - GENERAL CHECKING |
| **Taxpayer ID #:** | **-***6560 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 07/02/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/27/12 | {13} | SECURITY SEARCH & ABSTACT CO., INC. | Refund | 1290-000 | 98.00 | | 98.00 |
| 06/01/12 | {14} | MIDLAND STATES BANK | Refund | 1290-000 | 564.64 | | 662.64 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.69 | 661.95 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.87 | 661.08 |
| 08/24/12 | {2} | ALPINE BANK | Turnover of funds from escrow account | 1129-000 | 76,737.72 | | 77,398.80 |
| 08/24/12 | {2} | ALPINE BANK | Turnover of funds from escrow account | 9999-000 | 76,737.72 | | 154,136.52 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 77,395.09 | 76,741.43 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 3.71 | 76,737.72 |
| 08/31/12 | {2} | Reverses Deposit # 3 | error/duplicate deposit | 9999-000 | -76,737.72 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 77,400.36 | 77,400.36 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 77,395.09 | |
| | | | **Subtotal** | | 77,400.36 | 5.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$77,400.36** | **$5.27** | |

{} Asset reference(s)                         Printed: 07/02/2015 03:23 PM    V.13.23

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-84610
**Case Name:** ROCKFORD TITLE COMPANY, INC
**Taxpayer ID #:** **-***6560
**Period Ending:** 07/02/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)
**Bank Name:** ASSOCIATED BANK
**Account:** ********45 - CHECKING ACCOUNT
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 77,395.09 | | 77,395.09 |
| 09/05/12 | {1} | STILLMAN BANK CORP, NA | Turnover of funds from escrow account pursuant to Court Order entered 8/08/12 | 1129-000 | 1,990.28 | | 79,385.37 |
| 09/18/12 | {3} | BLACKHAWK STATE BANK | Turnover of funds from escrow account pursuant to Court Order entered 8/08/12 | 1129-000 | 260,946.81 | | 340,332.18 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 108.30 | 340,223.88 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 216.75 | 340,007.13 |
| 11/12/12 | {15} | COMMONWEALTH EDISON COMPANY | Deposit Refund | 1290-000 | 150.00 | | 340,157.13 |
| 11/29/12 | {16} | INSURANCE BROKERAGE ANTITRUST LITIG | Class action settlement dist. distribution | 1249-000 | 8.97 | | 340,166.10 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 209.67 | 339,956.43 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 216.57 | 339,739.86 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 505.03 | 339,234.83 |
| 02/26/13 | 100000 | INTERNATIONAL SURITIES, LTD. | Blanket bond | 2300-000 | | 362.11 | 338,872.72 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 455.56 | 338,417.16 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 503.45 | 337,913.71 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 486.14 | 337,427.57 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 501.66 | 336,925.91 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 484.76 | 336,441.15 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 500.22 | 335,940.93 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 499.45 | 335,441.48 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 482.68 | 334,958.80 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 497.99 | 334,460.81 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 481.22 | 333,979.59 |
| 12/13/13 | 100001 | PAUL GENDRON | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 178,208.61 | 155,770.98 |
| 12/13/13 | 100002 | NANCI HOHN | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 2,672.80 | 153,098.18 |
| 12/13/13 | 100003 | TIM MCCARTY | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 8,726.28 | 144,371.90 |
| 12/13/13 | 100004 | JESSE RAMOS AND KELLI MORSE | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 460.96 | 143,910.94 |
| 12/13/13 | 100005 | JEFF LEESON | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 9,000.00 | 134,910.94 |
| 12/13/13 | 100006 | DAVID EDLUND | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 23,089.96 | 111,820.98 |
| 12/13/13 | 100007 | NANNETTE SHABEZ | Funds paid to escrow claimants pursuant to | 8500-002 | | 2,425.20 | 109,395.78 |

Subtotals : $340,491.15 $231,095.37

{} Asset reference(s)

Printed: 07/02/2015 03:23 PM V.13.23

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-84610  
**Case Name:** ROCKFORD TITLE COMPANY, INC

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********45 - CHECKING ACCOUNT

**Taxpayer ID #:** **-***6560  
**Period Ending:** 07/02/15

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Order entered December 12, 2013 |  |  |  |  |
| 12/27/13 | 100008 | John P. Martin | Special Counsel Fees | 3210-000 |  | 826.00 | 108,569.78 |
| 01/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 405.36 | 108,164.42 |
| 02/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 195.50 | 107,968.92 |
| 02/11/14 | 100009 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 |  | 144.37 | 107,824.55 |
| 03/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 164.87 | 107,659.68 |
| 04/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 160.06 | 107,499.62 |
| 05/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 154.67 | 107,344.95 |
| 06/06/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 159.59 | 107,185.36 |
| 07/08/14 | 100010 | ALPINE BANK & TRUST CO. | Payment in Full on claim pursuant to 506(c) order entered 7/2/14 | 7100-000 |  | 40,131.58 | 67,053.78 |
| 07/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 154.21 | 66,899.57 |
| 08/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 130.27 | 66,769.30 |
| 09/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 99.28 | 66,670.02 |
| 10/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 95.93 | 66,574.09 |
| 11/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 98.98 | 66,475.11 |
| 11/14/14 | 100011 | SPRINGER BROWN, LLC | atty fees related to escrow claims | 3110-002 |  | 8,186.09 | 58,289.02 |
| 12/05/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 95.64 | 58,193.38 |
| 01/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 98.68 | 58,094.70 |
| 02/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 87.95 | 58,006.75 |
| 02/27/15 | 100012 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 |  | 34.71 | 57,972.04 |
| 03/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 77.89 | 57,894.15 |
| 04/10/15 |  | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 |  | 86.10 | 57,808.05 |
| 04/10/15 |  | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 |  | 57,808.05 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 340,491.15 | 340,491.15 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 77,395.09 | 57,808.05 |  |
|  |  |  | **Subtotal** |  | 263,096.06 | 282,683.10 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$263,096.06** | **$282,683.10** |  |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 11-84610  
**Case Name:** ROCKFORD TITLE COMPANY, INC  
**Taxpayer ID #:** **-***6560  
**Period Ending:** 07/02/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****940266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 57,808.05 | | 57,808.05 |
| | | | ACCOUNT TOTALS | | 57,808.05 | 0.00 | $57,808.05 |
| | | | Less: Bank Transfers | | 57,808.05 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********93 | 77,400.36 | 5.27 | 0.00 |
| Checking # ********45 | 263,096.06 | 282,683.10 | 0.00 |
| Checking # ****940266 | 0.00 | 0.00 | 57,808.05 |
| | $340,496.42 | $282,688.37 | $57,808.05 |

{} Asset reference(s)        Printed: 07/02/2015 03:23 PM   V.13.23

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 21, 2012

**Case Number:** 11-84610  
**Debtor Name:** ROCKFORD TITLE COMPANY, INC

Page: 1

**Date:** July 2, 2015  
**Time:** 03:23:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $8,636.33 | $0.00 | 8,636.33 |
| 200 | John P. Martin<br>1755 S. Naperville Road<br>Suite 200<br>Wheaton, IL 60189 | Admin Ch. 7 | | $826.00 | $826.00 | 0.00 |
| 200 | McGladrey LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674 | Admin Ch. 7 | | $1,856.00 | $0.00 | 1,856.00 |
| A 200 | Springer Brown<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | Pursuant to Order entered 12/12/13 approving attorneys' fees; this portion of attorneys' fees non-compensable as said amount deducted pro-rata from escrow claimants claims (non-estate funds); Blackhawk State Bank deposit adjusted by $6,215.86 (atty fees less David Edlund portion which was decuted from Alpine Bank deposit) | $8,186.09 | $8,186.09 | 0.00 |
| B 200 | Springer Brown , LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | Pursuant to Order entered 12/12/13 approving attorneys' fees and expenses; this portion of attorneys' fees is compensable (not deducted from escrow claimant's claims) | $6,966.41 | $0.00 | 6,966.41 |
| C 200 | Springer Brown , LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | Pursuant to Order entered 12/12/13 approving attorneys' fees and expenses; this portion of attorneys' expenses is compensable (not deducted from escrow claimant's claims) | $1,771.31 | $0.00 | 1,771.31 |
| D 200 | Springer Brown, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | Attorneys' fees for all non-escrow attorney time. | $6,665.00 | $0.00 | 6,665.00 |
| E 200 | Springer Brown, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | Attorneys' expenses for all non-escrow attorney time. | $142.12 | $0.00 | 142.12 |
| BOND 200 | INTERNATIONAL SURITIES, LTD.<br>Suite 420<br>701 Poydra Street<br>New Orleans, LA 70139 | Admin Ch. 7 | | $541.19 | $541.19 | 0.00 |
| 13 510 | Amy Smith<br>4081 Ruskin Road<br>Rockford, IL 61101 | Priority | (13-1) Wages<br>Disallowed pursuant to Order entered 4/8/15 | $0.00 | $0.00 | 0.00 |

# **E X H I B I T   C**
## **ANALYSIS OF CLAIMS REGISTER**

**Claims Bar Date:** June 21, 2012

**Case Number:** 11-84610  
**Debtor Name:** ROCKFORD TITLE COMPANY, INC

Page: 2

**Date:** July 2, 2015  
**Time:** 03:23:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 20A 100 | Alpine Bank & Trust Co. SmithAmundsen LLC 150 N. Michigan Ave., #3300 Chicago, IL 60601 | Secured | | $0.00 | $0.00 | 0.00 |
| 1 610 | Bancard Services PO Box 3038 Evansville, IN 47730-3038 | Unsecured | (1-1) 0030 (1-1) credit account | $1,329.27 | $0.00 | 1,329.27 |
| 2 610 | Bancard Services PO Box 3038 Evansville, IN 47730-3038 | Unsecured | (2-1) 0318 (2-1) credit account | $1,000.97 | $0.00 | 1,000.97 |
| 3 610 | Bancard Services PO Box 3038 Evansville, IN 47730-3038 | Unsecured | (3-1) 0532 (3-1) credit account | $4,819.65 | $0.00 | 4,819.65 |
| 4 610 | General Electric Capital Corp 1010 Thomas Edison Blvd SW Cedar Rapid, IA 52404 | Unsecured | | $4,140.05 | $0.00 | 4,140.05 |
| 5 610 | Kent Bank Caig willette 1318 E State St Rockford, IL 61104 | Unsecured | | $1,451,360.00 | $0.00 | 1,451,360.00 |
| 6 610 | McGladrey & Pullen, Llp Attn: Jah Riend One S Wacker Drive Suite 800 Chicago, IL 60606 | Unsecured | | $3,182.40 | $0.00 | 3,182.40 |
| 7 610 | Tri-State Adjustments Freeport, Inc. PO Box 882 Freeport, IL 60603 | Unsecured | | $6,284.00 | $0.00 | 6,284.00 |
| 8 610 | Pitney Bowes Inc 4901 Belfort Rd, Ste 120 Jacksonville, FL 32256 | Unsecured | | $1,040.56 | $0.00 | 1,040.56 |
| 9 610 | Pitney Bowes Inc 4901 Belfort Rd, Ste 120 Jacksonville, FL 32256 | Unsecured | | $1,599.34 | $0.00 | 1,599.34 |
| 10 610 | One Communications Dept 284 528 Washington Ave North Haven, CT 06473 | Unsecured | | $25,355.76 | $0.00 | 25,355.76 |
| 11 610 | Rick Labak Proforma Dimensions 5549 Orinda Ct. Rockford, IL 61107 | Unsecured | | $3,456.32 | $0.00 | 3,456.32 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 21, 2012

**Case Number:** 11-84610  
**Debtor Name:** ROCKFORD TITLE COMPANY, INC

Page: 3

**Date:** July 2, 2015  
**Time:** 03:23:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 610 | Susan Watson<br>3635 Grant Avenue<br>Rockford, IL 61103 | Unsecured | (12-1) Loan to Company | $18,000.00 | $0.00 | 18,000.00 |
| 14 610 | Megan G. Heeg, Trustee Of The Dohm<br>215 E. First Street<br>Box 447<br>Dixon, IL 61021 | Unsecured | | $35,291.92 | $0.00 | 35,291.92 |
| 15 610 | Megan G. Heeg, Trustee Of The Dohm<br>215 E. First Street<br>Box 447<br>Dixon, IL 61021 | Unsecured | | $50,061.51 | $0.00 | 50,061.51 |
| 16 610 | John Sweeney<br>903 S. 8th Street<br>Oregon, IL 61061 | Unsecured | | $2,615.85 | $0.00 | 2,615.85 |
| 17 610 | Colorado Technical University Onlin<br>CTU Online<br>POB 68909<br>Schaumberg, IL 60168 | Unsecured | (17-1) Docketed on Wrong Case, Modified 8/31/2012 mw | $0.00 | $0.00 | 0.00 |
| 18 610 | Helen Kay Dohm<br>2404 Harlem Blvd<br>Rockford, IL 61103 | Unsecured | | $10,000.00 | $0.00 | 10,000.00 |
| 19 610 | Lynn M. Jorgenson<br>2277 E. Path Road<br>Byron, IL 61010 | Unsecured | | $643.20 | $0.00 | 643.20 |
| 20 610 | Alpine Bank & Trust Co.<br>SmithAmundsen LLC<br>150 N. Michigan Ave., #3300<br>Chicago, IL 60601 | Unsecured | | $40,131.58 | $40,131.58 | 0.00 |
| 22 620 | Fidelity National Title Insurance C<br>c/o O'Brien Law Offices, P.C.<br>124A South County Farm Road<br>Wheaton, IL 60187 | Unsecured | | $70,841.98 | $0.00 | 70,841.98 |
| 900 | Jesse Ramos And Kelli Morse<br>420 E. Jackson Street<br>Belvidere, IL 61008 | Unsecured | Noncompensable; Blackhawk State Bank deposit reduced by amount of escrow check | $460.96 | $460.96 | 0.00 |
| 900 | Paul Gendron<br>1608 Sprucewood Drive<br>Rockford, IL 61107 | Unsecured | Noncompensable; Blackhawk State Bank deposit reduced by amount of escrow check | $178,208.61 | $178,208.61 | 0.00 |
| 900 | Tim McCarty<br>c/o Attorney Jason Rock<br>PO Box 17109<br>Rockford, IL 61110 | Unsecured | Noncompensable; Blackhawk State Bank deposit reduced by amount of escrow check | $8,726.28 | $8,726.28 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 21, 2012

**Case Number:** 11-84610　　　　　　　　　　　Page: 4　　　　　　　　**Date:** July 2, 2015
**Debtor Name:** ROCKFORD TITLE COMPANY, INC　　　　　　　　　　　　　　　　**Time:** 03:23:46 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 900 | Nanci Hohn<br>800 N. Church Street<br>PO Box 589<br>Rockford, IL 61105 | Unsecured | Noncompensable; Blackhawk State Bank deposit reduced by amount of escrow check | $2,672.80 | $2,672.80 | 0.00 |
| 900 | David Edlund<br>6308 S. Skyline Drive<br>Evergreen, CO 80439 | Unsecured | adjusted deposit for Alpine Bank to be noncompensable for net amount ($23,089.96 + portion for attorneys' fees, $1,970.23); all other remaining escrow amounts for Blackhawk State Bank | $23,089.96 | $23,089.96 | 0.00 |
| 900 | Jeff Leeson<br>2831 Ware Road<br>Rockford, IL 61114 | Unsecured | Noncompensable; Blackhawk State Bank deposit reduced by amount of escrow check | $9,000.00 | $9,000.00 | 0.00 |
| 21 900 | Nannette Shabez<br>90 Hickory Hill Ln<br>Benton, KY 42025 | Unsecured | | $2,425.20 | $2,425.20 | 0.00 |
| **<< Totals >>** | | | | 1,991,328.62 | 274,268.67 | 1,717,059.95 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 11-84610
Case Name: ROCKFORD TITLE COMPANY, INC
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**     $ 57,808.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 20A | Alpine Bank & Trust Co. | 10,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 57,808.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 8,636.33 | 0.00 | 8,636.33 |
| Attorney for Trustee, Fees - John P. Martin | 826.00 | 826.00 | 0.00 |
| Attorney for Trustee, Expenses - Springer Brown , LLC | 1,771.31 | 0.00 | 1,771.31 |
| Accountant for Trustee, Fees - McGladrey LLP | 1,856.00 | 0.00 | 1,856.00 |
| Other Expenses: INTERNATIONAL SURITIES, LTD. | 541.19 | 541.19 | 0.00 |
| Attorney for Trustee Fees - Springer Brown | 8,186.09 | 8,186.09 | 0.00 |
| Attorney for Trustee Fees - Springer Brown , LLC | 6,966.41 | 0.00 | 6,966.41 |
| Attorney for Trustee Fees - Springer Brown, LLC | 6,665.00 | 0.00 | 6,665.00 |
| Attorney for Trustee Expenses - Springer Brown, LLC | 142.12 | 0.00 | 142.12 |

Total to be paid for chapter 7 administration expenses:     $ 26,037.17
Remaining balance:     $ 31,770.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $ 0.00
Remaining balance:     $ 31,770.88

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Amy Smith | 0.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 31,770.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,660,312.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bancard Services | 1,329.27 | 0.00 | 26.07 |
| 2 | Bancard Services | 1,000.97 | 0.00 | 19.63 |
| 3 | Bancard Services | 4,819.65 | 0.00 | 94.51 |
| 4 | General Electric Capital Corp | 4,140.05 | 0.00 | 81.18 |
| 5 | Kent Bank | 1,451,360.00 | 0.00 | 28,460.39 |
| 6 | McGladrey & Pullen, Llp | 3,182.40 | 0.00 | 62.41 |
| 7 | Tri-State Adjustments Freeport, Inc. | 6,284.00 | 0.00 | 123.23 |
| 8 | Pitney Bowes Inc | 1,040.56 | 0.00 | 20.40 |
| 9 | Pitney Bowes Inc | 1,599.34 | 0.00 | 31.36 |
| 10 | One Communications Dept 284 | 25,355.76 | 0.00 | 497.21 |
| 11 | Rick Labak | 3,456.32 | 0.00 | 67.78 |
| 12 | Susan Watson | 18,000.00 | 0.00 | 352.97 |
| 14 | Megan G. Heeg, Trustee Of The Dohm | 35,291.92 | 0.00 | 692.06 |
| 15 | Megan G. Heeg, Trustee Of The Dohm | 50,061.51 | 0.00 | 981.68 |
| 16 | John Sweeney | 2,615.85 | 0.00 | 51.30 |
| 17 | Colorado Technical University Onlin | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 18 | Helen Kay Dohm | 10,000.00 | 0.00 | 196.09 |
| 19 | Lynn M. Jorgenson | 643.20 | 0.00 | 12.61 |
| 20 | Alpine Bank & Trust Co. | 40,131.58 | 40,131.58 | 0.00 |

Total to be paid for timely general unsecured claims: $ 31,770.88
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 70,841.98 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 22 | Fidelity National Title Insurance C | 70,841.98 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**