**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ROCKFORD TITLE COMPANY, INC § Case No. 11-84610
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   327 South Church Street
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/26/2015 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed  / /                By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: ROCKFORD TITLE COMPANY, INC　　§　Case No. 11-84610
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 340,496.42 |
| *and approved disbursements of* | $ 282,688.37 |
| *leaving a balance on hand of* [1] | $ 57,808.05 |
| **Balance on hand:** | $ 57,808.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 20A | Alpine Bank & Trust Co. | 10,000.00 | 0.00 | 0.00 | 0.00 |

　　　　　　　　　　　　　　Total to be paid to secured creditors:　$　　0.00
　　　　　　　　　　　　　　Remaining balance:　$　57,808.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 8,636.33 | 0.00 | 8,636.33 |
| Attorney for Trustee, Fees - John P. Martin | 826.00 | 826.00 | 0.00 |
| Attorney for Trustee, Expenses - Springer Brown , LLC | 1,771.31 | 0.00 | 1,771.31 |
| Accountant for Trustee, Fees - McGladrey LLP | 1,856.00 | 0.00 | 1,856.00 |
| Other Expenses: INTERNATIONAL SURITIES, LTD. | 541.19 | 541.19 | 0.00 |
| Attorney for Trustee Fees - Springer Brown | 8,186.09 | 8,186.09 | 0.00 |
| Attorney for Trustee Fees - Springer Brown , LLC | 6,966.41 | 0.00 | 6,966.41 |
| Attorney for Trustee Fees - Springer Brown, LLC | 6,665.00 | 0.00 | 6,665.00 |
| Attorney for Trustee Expenses - Springer Brown, LLC | 142.12 | 0.00 | 142.12 |

　　　[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 26,037.17 |
| Remaining balance: | $ | 31,770.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 31,770.88 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Amy Smith | 0.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 31,770.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,660,312.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bancard Services | 1,329.27 | 0.00 | 26.07 |
| 2 | Bancard Services | 1,000.97 | 0.00 | 19.63 |
| 3 | Bancard Services | 4,819.65 | 0.00 | 94.51 |
| 4 | General Electric Capital Corp | 4,140.05 | 0.00 | 81.18 |
| 5 | Kent Bank | 1,451,360.00 | 0.00 | 28,460.39 |
| 6 | McGladrey & Pullen, Llp | 3,182.40 | 0.00 | 62.41 |
| 7 | Tri-State Adjustments Freeport, Inc. | 6,284.00 | 0.00 | 123.23 |
| 8 | Pitney Bowes Inc | 1,040.56 | 0.00 | 20.40 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | Pitney Bowes Inc | 1,599.34 | 0.00 | 31.36 |
| 10 | One Communications Dept 284 | 25,355.76 | 0.00 | 497.21 |
| 11 | Rick Labak | 3,456.32 | 0.00 | 67.78 |
| 12 | Susan Watson | 18,000.00 | 0.00 | 352.97 |
| 14 | Megan G. Heeg, Trustee Of The Dohm | 35,291.92 | 0.00 | 692.06 |
| 15 | Megan G. Heeg, Trustee Of The Dohm | 50,061.51 | 0.00 | 981.68 |
| 16 | John Sweeney | 2,615.85 | 0.00 | 51.30 |
| 17 | Colorado Technical University Onlin | 0.00 | 0.00 | 0.00 |
| 18 | Helen Kay Dohm | 10,000.00 | 0.00 | 196.09 |
| 19 | Lynn M. Jorgenson | 643.20 | 0.00 | 12.61 |
| 20 | Alpine Bank & Trust Co. | 40,131.58 | 40,131.58 | 0.00 |

Total to be paid for timely general unsecured claims:   $   31,770.88
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 70,841.98 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Fidelity National Title Insurance C | 70,841.98 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-84610-TML
Rockford Title Company, Inc                                               Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: mreilly              Page 1 of 3              Date Rcvd: Jul 29, 2015
                              Form ID: pdf006            Total Noticed: 90

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2015.
```
db              #+Rockford Title Company, Inc,    PO Box 15531,    Loves Park, IL 61132-5531
17970160        +Alpine Bank,    PO Box 6086,    Rockford, IL 61125-1086
19064041        +Alpine Bank & Trust Co.,    c/o Ean L. Kryska,     SmithAmundsen LLC,
                  150 N. Michigan Ave., #3300,    Chicago, IL 60601-6004
17970161        +Amy K Smith,    4081 Ruskin Road,    Rockford, IL 61101-9005
18925017        +Amy Smith,    4081 Ruskin Road,    Rockford, IL 61101-9005
17970163         Arnold Scott Harris PC,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
17970165        +Braun Thyssen Krupp Elevator,    2829 Royal Avenue,    Madison, WI 53713-1535
17970167         Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
17970168       #+Carla Holden Dohm,    9240 Longfellow Lane,    Machesney Park, IL 61115-7602
17970169       #+Carol Beth Dohm,    1823 Crestwood Ave,    Rockford, IL 61103-2901
17970170        +Cedarcreek Construction,    1758 Danielle Lane,    Belvidere, IL 61008-9504
17970172        +City of Oregon,    115 N. Third Street,    Oregon, IL 61061-1439
17970173        +City of Rockford,    425 E. State St.,    Rockford, IL 61104-1068
17970174         Collection Bureau of America,    PO Box 5013,    Benicia, CA 94510-5013
19044427        +Colorado Technical University Online,    CTU Online,    POB 68909,    Schaumberg, IL 60168-0909
17970176         Credit Card Center,    PO Box 653072,    Dallas, TX 75265-3072
17970177        +DataCraft,    120 W. State Street,    Suite 302,    Rockford, IL 61101-1199
17970178        +Elizabeth Reents,    910 24th Street,    Rockford, IL 61108-3664
17970179         Employee Benefits Corporation,    PO Box 44347,    Madison, WI 53744-4347
17970180        +FedEx,    PO Box 332,    Memphis, TN 38101-0332
17970181        +Fidelity National Title Insurance,    3700 State Street,    Suite 100,
                  Santa Barbara, CA 93105-3127
20503925        +Fidelity National Title Insurance Company,     c/o O'Brien Law Offices, P.C.,
                  124A South County Farm Road,    Wheaton, IL 60187-4596
17970182        +First American Title Insurance Corp,    1 First American Way,    Santa Ana, CA 92707-5913
17970183        +Fishers, Inc.,    PO Box 276,    Oregon, IL 61061-0276
17970184        +Foley & Lardner LLP,    321 N. Clark Street,    Chicago, IL 60654-5313
17970186       ++GREATAMERICA FINANCIAL SERVICES CORPORATION,     PO BOX 609,    CEDAR RAPIDS IA 52406-0609
                (address filed with court: GreatAmerica Leasing Corporation,     PO Box 660831,
                  Dallas, TX 75266-0831)
17970188         HE Stark Agency, Inc.,    PO Box 45710,    Madison, WI 53744-5710
17970189        +Helen Kay Dohm,    2404 Harlem Blvd,    Rockford, IL 61103-4114
17970190         Hinkley Springs,    PO Box 660579,    Dallas, TX 75266-0579
17970191        +Holmstrom & Kennedy PC,    800 N. Church Street,    Rockford, IL 61103-6978
17970192        +Horizons, Inc.,    PO Box 118,    Roscoe, IL 61073-0118
17970193         I.C. System, Inc.,    444 Highway 96 East,    P.O. Box 54437,    Saint Paul, MN 55146-0437
17970194         Imagetec LP,    PO Box 3083,    Cedar Rapids, IA 52406-3083
17970195        +John Sweeney,    903 S. 8th Street,    Oregon, IL 61061-2122
18704284        +Kent Bank,    996 W. Fairview Rd.,    Freeport, IL 61032-9193
18699074        +Kent Bank,    Caig willette,    1318 E State St,    Rockford, Il 61104-2228
17970197        +Landworks,    2729 Capri,    Rockford, IL 61114-6410
17970198        +Lawn Force Landscaping,    PO Box 15411,    Loves Park, IL 61132-5411
17970200         Lynn M. Jorgenson,    2277 E. Path Road,    Byron, IL 61010
17970201        +Matthew J. Jaworowski,    4818 Orchard Avenue,    Rockford, IL 61108-2336
18727296        +McGladrey & Pullen, LLP,    Attn: Jah Riend,    One S Wacker Drive Suite 800,
                  Chicago, Il 60606-4650
19008955        +Megan G. Heeg, Trustee of the Dohm Bankruptcy Esta,     215 E. First Street,    Box 447,
                  Dixon, IL 61021-3166
17970202       #+Michael Dohm,    9240 Longfellow Lane,    Machesney Park, IL 61115-7602
17970203       #+Michael Z. Dohm,    9240 Longfellow Lane,    Machesney Park, IL 61115-7602
17970204         Mid-City Office Products,    PO Box 2758,    Loves Park, IL 61132-2758
17970205        +Moring Disposal,    PO Box 158,    Forreston, IL 61030-0158
19107892        +Nannette Shabez,    90 Hickory Hill Ln,    Benton, KY 42025-6506
17970212         North Park Public Water District,    PO Box 966,    Roscoe, IL 61073-0966
17970213        +Northern Mechanical, Inc.,    9933 N. Alpine Road,    Machesney Park, IL 61115-8212
17970214        +One Communications,    2150 Holmgren Way,    Green Bay, WI 54304-4606
18778817        +One Communications Dept 284,    528 Washington Ave,    North Haven, CT 06473-1332
17970218        +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
17970215        +Paper Recovery Service Corp,    7972 Crest Hills Drive,    Loves Park, IL 61111-8300
17970216        +Per Mar Security,    1910 E. Kimberly Road,    Davenport, IA 52807-2033
17970217         Pitney Bowes Purchase Power,    PO Box 371874,    Pittsburgh, PA 15250-7874
17970219         Pre-Paid Legal Services,    PO Box 2629,    Ada, OK 74821-2629
17970220         ProForma,    PO Box 640814,    Cincinnati, OH 45264-0814
17970222        +RMS,    4836 Brecksville Road,    Richfield, OH 44286-9178
17970225        +RSM McGladrey, Inc.,    1252 Bell Valley Road,    Suite 300,    Rockford, IL 61108-4439
17970221         Rauch-Milliken International, Inc.,    PO Box 8390,    Metairie, LA 70011-8390
18829572        +Rick Labak,    Proforma Dimensions,    5549 Orinda Ct.,    Rockford, IL 61107-3737
17970223        +Robert K. Kleckner,    11509 Inverway,    Belvidere, IL 61008-1724
17970224        +Rock River Water Reclamation Dist,    3501 Kishawukee Street,    Rockford, IL 61109-2053
17970226        +Schlueter Ecklund,    4023 Charles Street,    Rockford, IL 61108-6199
17970227        +Shannon Haring Pritchett,    318 1/2 N. 6th Street,    Rochelle, IL 61068-1538
17970228        +State Collection Service,    2509 S Stoughton Rd,    Madison, WI 53716-3314
17970229        +Susan L. Watson,    3635 Grant Avenue,    Rockford, IL 61103-2044
```

```
District/off: 0752-3          User: mreilly              Page 2 of 3              Date Rcvd: Jul 29, 2015
                              Form ID: pdf006            Total Noticed: 90

18924990       +Susan Watson,   3635 Grant Avenue,   Rockford, IL 61103-2044
17970231       +The Buckley Companies,   363 Financial Court,   Rockford, IL 61107-6671
17970232       +The National Bank,   c/o Davis & Kuelthau,   300 N. Corporate Drive, Suite 150,
                 Brookfield, WI 53045-5804
17970233       +Torres Credit Services,   27 Fairview Street,   P.O.Box 189,   Carlisle, PA 17013-0189
17970235       +Transworld Systems Inc,   950 Office Park Road #306,   West Des Moines, IA 50265-2548
17970237       +Tri-State Adjustments Freeport, Inc,   P.O. Box 882,   Freeport, IL 61032-0882
17970238       +Veolia Environmental Services,   8538 Highway 251 South,   Davis Junction, IL 61020-9706
17970239       +Verizon Wireless,   777 Big Timber Road,   Elgin, IL 60123-1401
17970240       +Wallace Lee, Jr.,   1758 Danielle Lane,   Belvidere, IL 61008-9504
17970242        Yellowbook West,   PO Box 660831,   Dallas, TX 75266-0831
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17970159        E-mail/PDF: recoverybankruptcy@afninet.com Jul 30 2015 01:26:14      Afni, Inc.,
                 404 Brock Drive,   PO Box 3517,   Bloomington, IL 61702-3517
17970166        E-mail/Text: EDI@CACIONLINE.NET Jul 30 2015 01:17:50      CACi,   PO Box 270480,
                 Saint Louis, MO 63127-0480
17970171        E-mail/Text: bklaw2@centurylink.com Jul 30 2015 01:18:53      Century Link,   PO Box 4300,
                 Carol Stream, IL 60197-4300
17970175       +E-mail/Text: legalcollections@comed.com Jul 30 2015 01:20:03      ComEd,   3 Lincoln Center,
                 Attn: Bkcy Group-Claims Department,   Oakbrook Terrace, IL 60181-4204
17970185        E-mail/Text: bankruptcynotification@frontiercorp.com Jul 30 2015 01:20:38      Frontier,
                 PO Box 6000,   Hayden, ID 83835-2009
18328192       +E-mail/Text: capitalbankruptcynotice@ge.com Jul 30 2015 01:19:27
                 General Electric Capital Corp,   1010 Thomas Edison Blvd SW,   Cedar Rapid, IA 52404-8247
17970199       +E-mail/Text: ebn@ltdfin.com Jul 30 2015 01:17:47      LTD Financial Services, L.P.,
                 7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
17970208       +E-mail/Text: bankruptcydepartment@tsico.com Jul 30 2015 01:20:29
                 NCO Financial Systems, Inc.,   7595 Montevideo Road,   Suite 110,   Jessup, MD 20794-9382
17970207       +E-mail/Text: egssupportservices@egscorp.com Jul 30 2015 01:18:58
                 NCO Financial Systems, Inc.,   600 Holiday Plaza Drive,   Suite 300,   Matteson, IL 60443-2238
17970210        E-mail/Text: bankrup@aglresources.com Jul 30 2015 01:16:52      Nicor Gas,   PO Box 2020,
                 Aurora, IL 60507-2020
18753309       +E-mail/Text: bankruptcy@pb.com Jul 30 2015 01:20:23      Pitney Bowes Inc,
                 4901 Belfort Rd, Ste 120,   Jacksonville FL 32256-6016
17970230       +E-mail/Text: bankruptcynotices@tdstelecom.com Jul 30 2015 01:16:59      TDS Metrocom,
                 525 Junction Road,   Suite 6000,   Madison, WI 53717-2153
17970236       +E-mail/Text: bankruptcydepartment@tsico.com Jul 30 2015 01:20:29      Transworld Systems, Inc,
                 507 Prudential Rd,   Horsham, PA 19044-2308
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17970162*      +Amy K. Smith,   4081 Ruskin Road,   Rockford, IL 61101-9005
17970164       ##Bancard Services,   PO Box 3038,   Evansville, IN 47730-3038
17970187       ##H2it,   PO Box 2525,   East Peoria, IL 61611-0525
17970196       ##+Jumping Trout, Inc.,   7155 Windsor Lake Parkway,   Loves Park, IL 61111-3861
17970206       ##+Nationwide Recovery Systems,   2304 Tarpley Drive #134,   Carrollton, TX 75006-2470
17970209       ##+Nicolosi & Associates,   363 Financial Court - Suite 100,   Rockford, IL 61107-6671
17970211       ##+Norlight,   1515 Broadway,   Paducah, KY 42001-2701
17970234       ##+Trace Leonard Business Equipment,   429 S. Phelps Avenue, S-703,   Rockford, IL 61108-2459
17970241       ##+White Cap Real Estate, LLC,   2607 W. College Avenue,   Appleton, WI 54914-4202
                                                                                  TOTALS: 0, * 1, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: mreilly              Page 3 of 3            Date Rcvd: Jul 29, 2015
                              Form ID: pdf006            Total Noticed: 90
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2015 at the address(es) listed below:
              Bernard J Natale    on behalf of Debtor    Rockford Title Company, Inc natalelaw@bjnatalelaw.com
              Craig A Willette    on behalf of Interested Party    Kent Bank craigwillette@comcast.net
              Elizabeth A. Bates     on behalf of Trustee Thomas E Springer ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Jason H Rock    on behalf of Interested Party Tim  McCarty jrock@bslbv.com
              Michael A O'Brien    on behalf of Creditor    Fidelity National Title Insurance Company
               mobrien@obrienlawoffices.com,   pdunne@obrienlawoffices.com
              Michele M Springer     on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Thomas E Springer    on behalf of Accountant Patrick T Shaw tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.
               com
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.
               com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.
               com
              Timothy J Conklin    on behalf of Interested Party    Resource Bank, N.A. tconklin@fosterbuick.com,
               smaahs@fosterbuick.com
                                                                                             TOTAL: 11
```