# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ROCKFORD TITLE COMPANY, INC § Case No. 11-84610
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $10,000.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $71,951.69 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $44,010.15 | |

    3) Total gross receipts of $ 340,545.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 224,583.81 (see **Exhibit 2**), yielded net receipts of $115,961.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $10,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 44,010.15 | 44,010.15 | 44,010.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,133.75 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,408.94 | 1,829,875.25 | 1,731,154.36 | 71,951.69 |
| **TOTAL DISBURSEMENTS** | $20,408.94 | $1,885,019.15 | $1,775,164.51 | $115,961.84 |

4) This case was originally filed under Chapter 7 on October 26, 2011. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Overpayment | 1290-000 | 49.23 |
| Stillman Bank - escrow account | 1129-000 | 1,990.28 |
| Alpine Bank - escrow account | 1129-000 | 76,737.72 |
| Blackhawk Bank - escrow account | 1129-000 | 260,946.81 |
| Refund-Security Search & Abstract Co | 1290-000 | 98.00 |
| Midland States Bank-Account balance | 1290-000 | 564.64 |
| Security Deposit refund-ComEd | 1290-000 | 150.00 |
| Class action litigation settlement distribution | 1249-000 | 8.97 |
| **TOTAL GROSS RECEIPTS** | | **$340,545.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PAUL GENDRON | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | 178,208.61 |
| NANCI HOHN | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | 2,672.80 |
| TIM MCCARTY | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | 8,726.28 |
| JESSE RAMOS AND KELLI MORSE | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | 460.96 |
| JEFF LEESON | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | 9,000.00 |
| DAVID EDLUND | Funds paid to escrow claimants pursuant to Order | | |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |
|---|---|---|---|
|  | entered December 12, 2013 | 8500-002 | 23,089.96 |
| NANNETTE SHABEZ | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | 2,425.20 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** |  |  | $224,583.81 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20A | Alpine Bank & Trust Co. | 4210-000 | N/A | 10,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** |  |  | $0.00 | $10,000.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 8,636.33 | 8,636.33 | 8,636.33 |
| John P. Martin | 3210-000 | N/A | 826.00 | 826.00 | 826.00 |
| McGladrey LLP | 3410-000 | N/A | 1,856.00 | 1,856.00 | 1,856.00 |
| Springer Brown | 3110-002 | N/A | 8,186.09 | 8,186.09 | 8,186.09 |
| Springer Brown , LLC | 3110-000 | N/A | 6,966.41 | 6,966.41 | 6,966.41 |
| Springer Brown , LLC | 3120-000 | N/A | 1,771.31 | 1,771.31 | 1,771.31 |
| Springer Brown, LLC | 3110-000 | N/A | 6,665.00 | 6,665.00 | 6,665.00 |
| Springer Brown, LLC | 3120-000 | N/A | 142.12 | 142.12 | 142.12 |
| INTERNATIONAL SURITIES, LTD. | 2300-000 | N/A | 541.19 | 541.19 | 541.19 |
| BANK OF AMERICA | 2600-000 | N/A | 0.69 | 0.69 | 0.69 |
| BANK OF AMERICA | 2600-000 | N/A | 0.87 | 0.87 | 0.87 |
| BANK OF AMERICA | 2600-000 | N/A | 3.71 | 3.71 | 3.71 |
| ASSOCIATED BANK | 2600-000 | N/A | 108.30 | 108.30 | 108.30 |
| ASSOCIATED BANK | 2600-000 | N/A | 216.75 | 216.75 | 216.75 |
| ASSOCIATED BANK | 2600-000 | N/A | 209.67 | 209.67 | 209.67 |
| ASSOCIATED BANK | 2600-000 | N/A | 216.57 | 216.57 | 216.57 |
| ASSOCIATED BANK | 2600-000 | N/A | 505.03 | 505.03 | 505.03 |
| ASSOCIATED BANK | 2600-000 | N/A | 455.56 | 455.56 | 455.56 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | N/A | 503.45 | 503.45 | 503.45 |
| ASSOCIATED BANK | 2600-000 | N/A | 486.14 | 486.14 | 486.14 |
| ASSOCIATED BANK | 2600-000 | N/A | 501.66 | 501.66 | 501.66 |
| ASSOCIATED BANK | 2600-000 | N/A | 484.76 | 484.76 | 484.76 |
| ASSOCIATED BANK | 2600-000 | N/A | 500.22 | 500.22 | 500.22 |
| ASSOCIATED BANK | 2600-000 | N/A | 499.45 | 499.45 | 499.45 |
| ASSOCIATED BANK | 2600-000 | N/A | 482.68 | 482.68 | 482.68 |
| ASSOCIATED BANK | 2600-000 | N/A | 497.99 | 497.99 | 497.99 |
| ASSOCIATED BANK | 2600-000 | N/A | 481.22 | 481.22 | 481.22 |
| ASSOCIATED BANK | 2600-000 | N/A | 405.36 | 405.36 | 405.36 |
| ASSOCIATED BANK | 2600-000 | N/A | 195.50 | 195.50 | 195.50 |
| ASSOCIATED BANK | 2600-000 | N/A | 164.87 | 164.87 | 164.87 |
| ASSOCIATED BANK | 2600-000 | N/A | 160.06 | 160.06 | 160.06 |
| ASSOCIATED BANK | 2600-000 | N/A | 154.67 | 154.67 | 154.67 |
| ASSOCIATED BANK | 2600-000 | N/A | 159.59 | 159.59 | 159.59 |
| ASSOCIATED BANK | 2600-000 | N/A | 154.21 | 154.21 | 154.21 |
| ASSOCIATED BANK | 2600-000 | N/A | 130.27 | 130.27 | 130.27 |
| ASSOCIATED BANK | 2600-000 | N/A | 99.28 | 99.28 | 99.28 |
| ASSOCIATED BANK | 2600-000 | N/A | 95.93 | 95.93 | 95.93 |
| ASSOCIATED BANK | 2600-000 | N/A | 98.98 | 98.98 | 98.98 |
| ASSOCIATED BANK | 2600-000 | N/A | 95.64 | 95.64 | 95.64 |
| ASSOCIATED BANK | 2600-000 | N/A | 98.68 | 98.68 | 98.68 |
| ASSOCIATED BANK | 2600-000 | N/A | 87.95 | 87.95 | 87.95 |
| ASSOCIATED BANK | 2600-000 | N/A | 77.89 | 77.89 | 77.89 |
| ASSOCIATED BANK | 2600-000 | N/A | 86.10 | 86.10 | 86.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $44,010.15 | $44,010.15 | $44,010.15 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Amy Smith | 5300-000 | N/A | 1,133.75 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,133.75 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bancard Services | 7100-000 | 1,329.27 | 1,329.27 | 1,329.27 | 26.11 |
| 2 | Bancard Services | 7100-000 | 1,000.97 | 1,000.97 | 1,000.97 | 19.66 |
| 3 | Bancard Services | 7100-000 | 4,819.65 | 4,819.65 | 4,819.65 | 94.66 |
| 4 | General Electric Capital Corp | 7100-000 | N/A | 4,140.05 | 4,140.05 | 81.31 |
| 5 | Kent Bank | 7100-000 | N/A | 1,451,360.00 | 1,451,360.00 | 28,504.65 |
| 6 | McGladrey & Pullen, Llp | 7100-000 | N/A | 3,182.40 | 3,182.40 | 62.50 |
| 7 | Tri-State Adjustments Freeport, Inc. | 7100-000 | N/A | 6,284.00 | 6,284.00 | 123.23 |
| 8 | Pitney Bowes Inc | 7100-000 | N/A | 1,040.56 | 1,040.56 | 20.44 |
| 9 | Pitney Bowes Inc | 7100-000 | N/A | 1,599.34 | 1,599.34 | 31.41 |
| 10 | One Communications Dept 284 | 7100-000 | N/A | 25,355.76 | 25,355.76 | 497.99 |
| 11 | Rick Labak | 7100-000 | N/A | 3,456.32 | 3,456.32 | 67.88 |
| 12 | Susan Watson | 7100-000 | N/A | 18,000.00 | 18,000.00 | 353.52 |
| 14 | Megan G. Heeg, Trustee Of The Dohm | 7100-000 | N/A | 35,291.92 | 35,291.92 | 693.13 |
| 15 | Megan G. Heeg, Trustee Of The Dohm | 7100-000 | N/A | 50,061.51 | 50,061.51 | 983.21 |
| 16 | John Sweeney | 7100-000 | 2,615.85 | 2,615.85 | 2,615.85 | 51.38 |
| 17 | Colorado Technical University Onlin | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | Helen Kay Dohm | 7100-000 | 10,000.00 | 10,000.00 | 10,000.00 | 196.40 |
| 19 | Lynn M. Jorgenson | 7100-000 | 643.20 | 643.20 | 643.20 | 12.63 |
| 20 | Alpine Bank & Trust Co. | 7100-000 | N/A | 138,852.47 | 40,131.58 | 40,131.58 |
| 22 | Fidelity National Title Insurance C | 7200-000 | N/A | 70,841.98 | 70,841.98 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,408.94 | $1,829,875.25 | $1,731,154.36 | $71,951.69 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84610  
**Case Name:** ROCKFORD TITLE COMPANY, INC

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 10/26/11 (f)  
**§341(a) Meeting Date:** 12/30/11

**Period Ending:** 06/13/16

**Claims Bar Date:** 06/21/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Stillman Bank - escrow account (funds held for beneficiaries) | 0.00 | 1,990.28 | | 1,990.28 | FA |
| 2 | Alpine Bank - escrow account (funds held for beneficiaries) | 0.00 | 76,737.72 | | 76,737.72 | FA |
| 3 | Blackhawk Bank - escrow account (funds held for beneficiaries) | 0.00 | 260,946.81 | | 260,946.81 | FA |
| 4 | Accounts Receivables (multiple open invoices) best estimate listed herein) | 10,000.00 | 0.00 | | 0.00 | FA |
| 5 | Mary Ann Dohm (loan of $30,000 to shareholder carried on books for more than 20 years, no written loan documents, disputed and not believed to be due and owing. No demand for payment ever made, but books never adjusted to reflect same.) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Michael Dohm (loan to shareholder of $54,177.93 carried on books and never adjusted. Account debtor filing Chapter 7 Bankruptcy ND IL WD) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Woodland Title (investment debt of $6,140. Accou debtor not in business. Account deemed uncollectable, debtor's books never adjusted for bad debt.) | Unknown | 0.00 | | 0.00 | FA |
| 8 | Resource Bank, Sycamore, IL - claim for decepti practices and fraud. Debtor's counsel investigating and pursuing claim, Konicek and Dillon, Geneva, IL | Unknown | 10,000.00 | | 0.00 | FA |
| 9 | Wallace Lee, Jr - claim for constructive evictio unlawful seizure and sale of company assets, including records containing personally identifiable information of customers. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Debtor's records contain personally identifiable information of prior customers and former employees. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 3 PC computers, 1 terminal (contains company boo and records and in possession of Michael Dohm | Unknown | 0.00 | | 0.00 | FA |
| 12 | In storage case files to be turned over to underwriters. No commercial value. | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84610  
**Case Name:** ROCKFORD TITLE COMPANY, INC  

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 10/26/11 (f)  
**§341(a) Meeting Date:** 12/30/11  

**Period Ending:** 06/13/16  
**Claims Bar Date:** 06/21/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Refund-Security Search & Abstract Co (u) | 98.00 | 98.00 | | 98.00 | FA |
| 14 | Midland States Bank-Account balance (u)<br>Cashier's check for account that was closed; check found by Trustee in Debtor's boxes that were in storage facility | 564.64 | 564.64 | | 564.64 | FA |
| 15 | Security Deposit refund-ComEd (u) | 150.00 | 150.00 | | 150.00 | FA |
| 16 | Class action litigation settlement distribution (u) | 8.97 | 8.97 | | 8.97 | FA |
| 16 | **Assets** Totals (Excluding unknown values) | **$10,821.61** | **$350,496.42** | | **$340,496.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

Litigation continues in state court case against Resource Bank with depositions scheduled. No trial date set yet and no offers. Trustee thas reviewed claims filed (not unsecured claims) and an objection will be filed to a wage claim. After conclusion of state court litigation, Fee Application will be prepared and Final Report filed.

**Initial Projected Date Of Final Report (TFR):** December 1, 2014  **Current Projected Date Of Final Report (TFR):** July 2, 2015 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-84610  
**Case Name:** ROCKFORD TITLE COMPANY, INC  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** BANK OF AMERICA  
**Account:** ********93 - GENERAL CHECKING  

**Taxpayer ID #:** **-***6560  
**Period Ending:** 06/13/16  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/12 | {13} | SECURITY SEARCH & ABSTACT CO., INC. | Refund | 1290-000 | 98.00 | | 98.00 |
| 06/01/12 | {14} | MIDLAND STATES BANK | Refund | 1290-000 | 564.64 | | 662.64 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.69 | 661.95 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.87 | 661.08 |
| 08/24/12 | {2} | ALPINE BANK | Turnover of funds from escrow account | 1129-000 | 76,737.72 | | 77,398.80 |
| 08/24/12 | {2} | ALPINE BANK | Turnover of funds from escrow account | 9999-000 | 76,737.72 | | 154,136.52 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 77,395.09 | 76,741.43 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 3.71 | 76,737.72 |
| 08/31/12 | {2} | Reverses Deposit # 3 | error/duplicate deposit | 9999-000 | -76,737.72 | | 0.00 |
| | | | ACCOUNT TOTALS | | 77,400.36 | 77,400.36 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 77,395.09 | |
| | | | Subtotal | | 77,400.36 | 5.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $77,400.36 | $5.27 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-84610  
**Case Name:** ROCKFORD TITLE COMPANY, INC  

**Taxpayer ID #:** **-***6560  
**Period Ending:** 06/13/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********45 - CHECKING ACCOUNT  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 77,395.09 | | 77,395.09 |
| 09/05/12 | {1} | STILLMAN BANK CORP, NA | Turnover of funds from escrow account pursuant to Court Order entered 8/08/12 | 1129-000 | 1,990.28 | | 79,385.37 |
| 09/18/12 | {3} | BLACKHAWK STATE BANK | Turnover of funds from escrow account pursuant to Court Order entered 8/08/12 | 1129-000 | 260,946.81 | | 340,332.18 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 108.30 | 340,223.88 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 216.75 | 340,007.13 |
| 11/12/12 | {15} | COMMONWEALTH EDISON COMPANY | Deposit Refund | 1290-000 | 150.00 | | 340,157.13 |
| 11/29/12 | {16} | INSURANCE BROKERAGE ANTITRUST LITIG | Class action settlement dist. distribution | 1249-000 | 8.97 | | 340,166.10 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 209.67 | 339,956.43 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 216.57 | 339,739.86 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 505.03 | 339,234.83 |
| 02/26/13 | 100000 | INTERNATIONAL SURITIES, LTD. | Blanket bond | 2300-000 | | 362.11 | 338,872.72 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 455.56 | 338,417.16 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 503.45 | 337,913.71 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 486.14 | 337,427.57 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 501.66 | 336,925.91 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 484.76 | 336,441.15 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 500.22 | 335,940.93 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 499.45 | 335,441.48 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 482.68 | 334,958.80 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 497.99 | 334,460.81 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 481.22 | 333,979.59 |
| 12/13/13 | 100001 | PAUL GENDRON | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 178,208.61 | 155,770.98 |
| 12/13/13 | 100002 | NANCI HOHN | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 2,672.80 | 153,098.18 |
| 12/13/13 | 100003 | TIM MCCARTY | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 8,726.28 | 144,371.90 |
| 12/13/13 | 100004 | JESSE RAMOS AND KELLI MORSE | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 460.96 | 143,910.94 |
| 12/13/13 | 100005 | JEFF LEESON | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 9,000.00 | 134,910.94 |
| 12/13/13 | 100006 | DAVID EDLUND | Funds paid to escrow claimants pursuant to Order entered December 12, 2013 | 8500-002 | | 23,089.96 | 111,820.98 |
| 12/13/13 | 100007 | NANNETTE SHABEZ | Funds paid to escrow claimants pursuant to | 8500-002 | | 2,425.20 | 109,395.78 |

Subtotals: $340,491.15   $231,095.37

{} Asset reference(s)

Printed: 06/13/2016 01:48 PM   V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-84610  
**Case Name:** ROCKFORD TITLE COMPANY, INC  

**Taxpayer ID #:** **-***6560  
**Period Ending:** 06/13/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********45 - CHECKING ACCOUNT  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Order entered December 12, 2013 | | | | |
| 12/27/13 | 100008 | John P. Martin | Special Counsel Fees | 3210-000 | | 826.00 | 108,569.78 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 405.36 | 108,164.42 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 195.50 | 107,968.92 |
| 02/11/14 | 100009 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 | 2300-000 | | 144.37 | 107,824.55 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 164.87 | 107,659.68 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 160.06 | 107,499.62 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 154.67 | 107,344.95 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 159.59 | 107,185.36 |
| 07/08/14 | 100010 | ALPINE BANK & TRUST CO. | Payment in Full on claim pursuant to 506(c) order entered 7/2/14 | 7100-000 | | 40,131.58 | 67,053.78 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 154.21 | 66,899.57 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 130.27 | 66,769.30 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 99.28 | 66,670.02 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.93 | 66,574.09 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.98 | 66,475.11 |
| 11/14/14 | 100011 | SPRINGER BROWN, LLC | atty fees related to escrow claims | 3110-002 | | 8,186.09 | 58,289.02 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.64 | 58,193.38 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.68 | 58,094.70 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.95 | 58,006.75 |
| 02/27/15 | 100012 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 34.71 | 57,972.04 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 77.89 | 57,894.15 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 86.10 | 57,808.05 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 57,808.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 340,491.15 | 340,491.15 | $0.00 |
| | | | Less: Bank Transfers | | 77,395.09 | 57,808.05 | |
| | | | **Subtotal** | | 263,096.06 | 282,683.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$263,096.06** | **$282,683.10** | |

{} Asset reference(s)

Printed: 06/13/2016 01:48 PM    V.13.25

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-84610
**Case Name:** ROCKFORD TITLE COMPANY, INC

**Taxpayer ID #:** **-***6560
**Period Ending:** 06/13/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)
**Bank Name:** Rabobank, N.A.
**Account:** ****940266 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 57,808.05 | | 57,808.05 |
| 09/01/15 | 20101 | McGladrey LLP | Dividend paid 100.00% on $1,856.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,856.00 | 55,952.05 |
| 09/01/15 | 20102 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $8,636.33, Trustee Compensation; Reference: | 2100-000 | | 8,636.33 | 47,315.72 |
| 09/01/15 | 20103 | General Electric Capital Corp | Dividend paid 1.96% on $4,140.05; Claim# 4; Filed: $4,140.05; Reference: | 7100-000 | | 81.18 | 47,234.54 |
| 09/01/15 | 20104 | Kent Bank | Dividend paid 1.96% on $1,451,360.00; Claim# 5; Filed: $1,451,360.00; Reference: | 7100-000 | | 28,460.39 | 18,774.15 |
| 09/01/15 | 20105 | McGladrey & Pullen, Llp | Dividend paid 1.96% on $3,182.40; Claim# 6; Filed: $3,182.40; Reference: | 7100-000 | | 62.41 | 18,711.74 |
| 09/01/15 | 20106 | Tri-State Adjustments Freeport, Inc. | Dividend paid 1.96% on $6,284.00; Claim# 7; Filed: $6,284.00; Reference: | 7100-000 | | 123.23 | 18,588.51 |
| 09/01/15 | 20107 | One Communications Dept 284 | Dividend paid 1.96% on $25,355.76; Claim# 10; Filed: $25,355.76; Reference: | 7100-000 | | 497.21 | 18,091.30 |
| 09/01/15 | 20108 | Rick Labak | Dividend paid 1.96% on $3,456.32; Claim# 11; Filed: $3,456.32; Reference: | 7100-000 | | 67.78 | 18,023.52 |
| 09/01/15 | 20109 | Susan Watson | Dividend paid 1.96% on $18,000.00; Claim# 12; Filed: $18,000.00; Reference: | 7100-000 | | 352.97 | 17,670.55 |
| 09/01/15 | 20110 | John Sweeney | Dividend paid 1.96% on $2,615.85; Claim# 16; Filed: $2,615.85; Reference: | 7100-000 | | 51.30 | 17,619.25 |
| 09/01/15 | 20111 | Helen Kay Dohm | Dividend paid 1.96% on $10,000.00; Claim# 18; Filed: $10,000.00; Reference: | 7100-000 | | 196.09 | 17,423.16 |
| 09/01/15 | 20112 | Lynn M. Jorgenson | Dividend paid 1.96% on $643.20; Claim# 19; Filed: $643.20; Reference: | 7100-000 | | 12.61 | 17,410.55 |
| 09/01/15 | 20113 | Bancard Services | Combined Check for Claims#1,2,3 Stopped on 03/15/16 | 7100-000 | | 140.21 | 17,270.34 |
| 09/01/15 | 20114 | Megan G. Heeg, Trustee Of The Dohm | Combined Check for Claims#14,15 Voided on 09/01/15 | 7100-000 | | 1,673.74 | 15,596.60 |
| 09/01/15 | 20114 | Megan G. Heeg, Trustee Of The Dohm | Combined Check for Claims#14,15 Voided: check issued on 09/01/15 | 7100-000 | | -1,673.74 | 17,270.34 |
| 09/01/15 | 20115 | Pitney Bowes Inc | Combined Check for Claims#8,9 Stopped on 03/15/16 | 7100-000 | | 51.76 | 17,218.58 |
| 09/01/15 | 20116 | Springer Brown , LLC | Combined Check for Claims#B,C | | | 8,737.72 | 8,480.86 |
| | | | Dividend paid 100.00% 6,966.41 on $6,966.41; Claim# B; Filed: $6,966.41 | 3110-000 | | | 8,480.86 |
| | | | Dividend paid 100.00% 1,771.31 | 3120-000 | | | 8,480.86 |
| | | | Subtotals: | | $57,808.05 | $49,327.19 | |

{} Asset reference(s)

Printed: 06/13/2016 01:48 PM V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 11-84610  
**Case Name:** ROCKFORD TITLE COMPANY, INC  

**Taxpayer ID #:** **-***6560  
**Period Ending:** 06/13/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****940266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,771.31; Claim# C; Filed: $1,771.31 | | | | |
| 09/01/15 | 20117 | Springer Brown, LLC | Combined Check for Claims#D,E | | | 6,807.12 | 1,673.74 |
| | | | Dividend paid 100.00% 6,665.00 on $6,665.00; Claim# D; Filed: $6,665.00 | 3110-000 | | | 1,673.74 |
| | | | Dividend paid 100.00% 142.12 on $142.12; Claim# E; Filed: $142.12 | 3120-000 | | | 1,673.74 |
| 09/01/15 | 20118 | Megan G. Heeg, Trustee Of The Dohm | Dividend paid 1.96% on $35,291.92; Claim# 14; Filed: $35,291.92; Reference: | 7100-000 | | 692.06 | 981.68 |
| 09/01/15 | 20119 | Megan G. Heeg, Trustee Of The Dohm | Dividend paid 1.96% on $50,061.51; Claim# 15; Filed: $50,061.51; Reference: | 7100-000 | | 981.68 | 0.00 |
| 11/17/15 | | Tri-State Adjustments Freeport, Inc. | Overpayment | 1290-000 | 49.23 | | 49.23 |
| 03/15/16 | 20113 | Bancard Services | Combined Check for Claims#1,2,3 Stopped: check issued on 09/01/15 | 7100-000 | | -140.21 | 189.44 |
| 03/15/16 | 20115 | Pitney Bowes Inc | Combined Check for Claims#8,9 Stopped: check issued on 09/01/15 | 7100-000 | | -51.76 | 241.20 |
| 04/01/16 | 20120 | CLERK OF THE U.S. BANKRUPTCY COURT | Unclaimed funds; Bankcard, claims 1,2,3; Pitney Bowes, claims 8, 9 | | | 191.97 | 49.23 |
| | | | 26.07 | 7100-000 | | | 49.23 |
| | | | 19.63 | 7100-000 | | | 49.23 |
| | | | 94.51 | 7100-000 | | | 49.23 |
| | | | 20.40 | 7100-000 | | | 49.23 |
| | | | 31.36 | 7100-000 | | | 49.23 |
| 04/05/16 | 20121 | Kent Bank | Dividend paid 1.96% on $1,451,360.00; Claim# 5; Filed: $1,451,360.00; Reference: | 7100-000 | | 44.26 | 4.97 |
| 04/05/16 | 20122 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 4.97 | 0.00 |
| | | | Dividend paid 1.96% on 0.04 $1,329.27; Claim# 1; Filed: $1,329.27 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.96% on 0.03 $1,000.97; Claim# 2; Filed: $1,000.97 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.96% on 0.15 $4,819.65; Claim# 3; Filed: $4,819.65 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.96% on 0.13 | 7100-000 | | | 0.00 |

Subtotals: $49.23    $8,530.09

{} Asset reference(s)    Printed: 06/13/2016 01:48 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 11-84610 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | ROCKFORD TITLE COMPANY, INC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****940266 - Checking Account |
| Taxpayer ID #: | **-***6560 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/13/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | $4,140.05;  Claim# 4;<br>Filed: $4,140.05 | | | | | |
| | | | Dividend paid  1.96% on<br>$3,182.40;  Claim# 6;<br>Filed: $3,182.40 | 0.09 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.96% on<br>$1,040.56;  Claim# 8;<br>Filed: $1,040.56 | 0.04 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.96% on<br>$1,599.34;  Claim# 9;<br>Filed: $1,599.34 | 0.05 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.96% on<br>$25,355.76;  Claim# 10;<br>Filed: $25,355.76 | 0.78 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.96% on<br>$3,456.32;  Claim# 11;<br>Filed: $3,456.32 | 0.10 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.96% on<br>$18,000.00;  Claim# 12;<br>Filed: $18,000.00 | 0.55 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.96% on<br>$35,291.92;  Claim# 14;<br>Filed: $35,291.92 | 1.07 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.96% on<br>$50,061.51;  Claim# 15;<br>Filed: $50,061.51 | 1.53 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.96% on<br>$2,615.85;  Claim# 16;<br>Filed: $2,615.85 | 0.08 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.96% on<br>$10,000.00;  Claim# 18;<br>Filed: $10,000.00 | 0.31 | 7100-000 | | | 0.00 |
| | | | Dividend paid  1.96% on<br>$643.20;  Claim# 19;<br>Filed: $643.20 | 0.02 | 7100-000 | | | 0.00 |

Subtotals :         $0.00         $0.00

{} Asset reference(s)

Printed: 06/13/2016 01:48 PM      V.13.25

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 11-84610  
**Case Name:** ROCKFORD TITLE COMPANY, INC  
**Taxpayer ID #:** **-***6560  
**Period Ending:** 06/13/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****940266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 57,857.28 | 57,857.28 | $0.00 |
| | | | Less: Bank Transfers | | 57,808.05 | 0.00 | |
| | | | **Subtotal** | | 49.23 | 57,857.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$49.23** | **$57,857.28** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********93** | 77,400.36 | 5.27 | 0.00 |
| **Checking # ********45** | 263,096.06 | 282,683.10 | 0.00 |
| **Checking # ****940266** | 49.23 | 57,857.28 | 0.00 |
| | $340,545.65 | $340,545.65 | $0.00 |

{} Asset reference(s)

Printed: 06/13/2016 01:48 PM V.13.25